IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:14-00046 |
| v. | ) | WILLIAM J. HAYNES, JR. |
| | ) | Chief Judge, U.S. District Court |
| | ) | |
| PEDRO REYES-REYES | ) | |

### PEDRO REYES-REYES' JOINT MOTION
### TO REASSIGN CASE

COMES now the accused, **PEDRO REYES-REYES**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and the United States, through counsel, Assistant United States Attorney, Scarlett Singleton Nokes, and moves this Honorable Court to enter an order reassigning this case to the Honorable Kevin H. Sharp. In support of the foregoing motion, it is respectfully represented to this Honorable Court that the case of *United States of America v. Pedro Reyes-Reyes*, No. 3:13-cr-00001 and *United States v. $33,572.00*, 3:13-cv-00055, both cases involving Mr. Reyes-Reyes, were assigned to Judge Kevin H. Sharp. But for some administrative snafu that delayed the transfer of this matter from the Western District of Texas at El Paso to this district, this matter would have been part of the global resolution of the two afore-mentioned cases. Judge Sharp is well aware of the facts and circumstances of this case and the significance of its resolution vis-a-vis, the two other cases of Mr. Reyes-Reyes mentioned above. In light of the foregoing, judicial economy and efficiency would best be served by reassigning this matter to Judge Kevin H. Sharp.

**WHEREFORE**, for the above and foregoing reason, it is respectfully prayed that this Honorable Court enter an order reassigning the above-styled case to the Honorable Kevin H. Sharp.

[Handwritten annotation: GRANTED. This matter is transferred subject to Judge Sharp's acceptance. /s/ 4-1-14]