UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00046 |
| | ) | JUDGE SHARP |
| PEDRO REYES-REYES | ) | |

## O R D E R

Due to the recent reassignment of this case from Chief Judge Haynes, the revocation hearing set for April 11, 2014, is hereby rescheduled for Monday, May 12, 2014, at 3:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE